<!DOCTYPE NYOOpinion SYSTEM "NYOOpinion.dtd">
<NYOOpinion>
<MetadataBlock>
<MDCiteTitle>Matter of Kirsch v Board of Educ. of Williamsville Cent. Sch. Dist.<MDCite>???</MDCite></MDCiteTitle>
<MDTOCTitle>Kirsch, Matter of, v Board of Educ. of Williamsville Cent. Sch. Dist.<MDCite>???</MDCite></MDTOCTitle>
<MDTOCTitle>Board of Educ. of Williamsville Cent. Sch. Dist., Matter of Kirsch v<MDCite>???</MDCite></MDTOCTitle>
<MDSlipOpNo>2017 NYSlipOp 07935</MDSlipOpNo>
<MDIndexTitle>Matter of Kirsch v Board of Educ. of Williamsville Cent. Sch. Dist.<MDCite>???</MDCite></MDIndexTitle>
<MDShortTitle>Kirsch, Matter of, v Board of Educ. of Williamsville Cent. Sch. Dist.</MDShortTitle>
<MDWestRef2>[\M\N NYS3d \M\N]</MDWestRef2>
</MetadataBlock>
<Pg n="1" />
<PartyBlock>
<Party>In the Matter of Kim A. Kirsch, Respondent Appellant, v Board of Education of Williamsville Central School District, Respondent Appellant.</Party>
</PartyBlock>

MOTION NO. (855/17) CA 16-02059. -- IN THE MATTER OF KIM A. KIRSCH AND MICHAEL A. STARVAGGI, PETITIONERS-RESPONDENTS, V BOARD OF EDUCATION OF WILLIAMSVILLE CENTRAL SCHOOL DISTRICT AND WILLIAMSVILLE CENTRAL SCHOOL DISTRICT, RESPONDENTS-APPELLANTS. -- Motion for leave to appeal to the Court of Appeals denied. PRESENT: SMITH, J.P., CENTRA, PERADOTTO, LINDLEY, AND NEMOYER, JJ. (Filed Nov. 9, 2017.)